**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **THE LANDING COUNCIL OF CO-OWNERS ,** } | |
| **PLAINTIFF,** } | |
| } | |
| **VS.** } | **CAUSE NO. 4:12-cv-2760** |
| } | |
| **FEDERAL INSURANCE COMPANY, AND** } | |
| **HIGGANBOTHAM INSURANCE AGENCY** } | |
| **HOUSTON, INC. d/b/a THE ESSENTIAL** } | |
| **INSURANCE GROUP, LLC,** } | |
| **DEFENDANTS.** } | |

## ORDER

ON THIS DATE, the Court considered the Motion for Summary Judgment of FEDERAL

INSURANCE COMPANY.   After considering the motion and the record and the arguments, the

Court is of the opinion that the motion is NOT meritorious.

IT IS, THEREFORE, ORDERED that the Motion for Summary Judgment of FEDERAL

INSURANCE COMPANY is DENIED.

SIGNED the _____ day of _____, 2013.


_____
JUDGE PRESIDING